

180 SOUTH BROADWAY • SUITE 200
WHITE PLAINS, NEW YORK 10605
PHONE (914) 358-9755
FAX (914) 358-9757
ROSEROSSILAW@GMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2021

**MEMORANDUM ENDORSED**

March 5, 2021

Judge Gregory H. Woods
US District Court, Southern District
500 Pearl Street, Room 2260
New York, NY 10007

By ECF and email to
WoodsNYSDChambers@nysd.uscourts.gov

           Re: Leslie Rivera v. City of NY, etal
               Case # 1:20-cv-09968

Dear Judge Woods:

    This matter has been scheduled for an initial pretrial conference today at 2 pm. I hereby request that this matter be adjourned for approximately sixty (60) days, to any date at the Court's convenience. Although previously adjourned by the Court, this is the first request for adjournment by counsel.

    My office is winding down the practice of Arlen Yalkut, a deceased attorney. As such I have been substituted to represent the plaintiff in this matter. Although a very poor excuse, I am not familiar with district court procedure and did not realize that I needed to file this request earlier. I apologize for any inconvenience which I may have caused, but I have now read the Rules of the Part and will be sure to follow all required deadlines.

    Similarly, although the summons and complaint was filed with the Court, it has not yet been served upon the defendants. It is for this reason that I now request an adjournment. The documents have been sent to my process server, with "rush" instructions, and should be filed within the next two (2) weeks.

    I remain available for a phone conference today, if the Court so directs, and I thank you forward to your consideration in this matter.

---

Plaintiff's March 5, 2021 request to adjourn the initial pretrial conference, Dkt. No. 4, is granted. The initial pretrial conference scheduled for March 5, 2021 is adjourned to May 14, 2021 at 3 p.m. The joint letter and proposed case management plan required pursuant to the order entered by the Court on November 30, 2020, Dkt. No. 2, are due no later than May 7, 2021. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. Plaintiff is again directed to review and comply with the Court's Individual Rules of Practice in Civil Cases, in particular Rule 1(E), which requires that, absent an emergency, any request for an adjournment be made no less than two business days prior to the date sought to be extended.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 4.
SO ORDERED.

Dated: March 5, 2021
New York, New York

                          _____
                          GREGORY H. WOODS
                        United States District Judge