**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2021

**ROSSI LAW PLLC**

180 SOUTH BROADWAY • SUITE 200
WHITE PLAINS, NEW YORK 10605
PHONE (914) 358-9755
FAX (914) 358-9757
ROSEROSSILAW@GMAIL.COM

July 19, 2021

Honorable Gregory H. Woods
Unites States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re: Leslie Rivera v City of New York
                      20-CV-9968 (GHW)

Your Honor:

    Pursuant to the Court's Order entered July 6, 2021, I have attempted to contact my client to have the 160.50 and other authorizations signed. I have contacted him by mail at his two (2) last known addresses, at three (3) different phone numbers, and by text. Unfortunately I have been unable to reach him.

    Mr. Rivera does contact our office occasionally, but have not heard from him in several months. I do not believe that he intentionally wants to be uncooperative, but rather that he has either moved or changed his phone number. Per your Order, there is no reason that plaintiff would be unwilling to provide the requested releases.

    My office will continue to try to locate Mr. Rivera until such time as the Court directs otherwise.

    Thank you for your considerations in this matter.

                                      Very truly yours

                                      Rose A. Rossi

---

Plaintiff brought this action and is required to participate meaningfully in order for the case to proceed. Plaintiff's unavailability has functionally stalled this case. Plaintiff is again ordered to provide the outstanding § 160.50 release no later than July 30, 2021. For the reasons explained the Court's July 6, 2021 order, further failure to comply with the Court's orders, including the failure to provide the release by that date will result in dismissal of the case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.

Dated: July 25, 2021
New York, New York

                              _____
                              GREGORY H. WOODS
                              United States District Judge