```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                   :
LESLIE RIVERA,                                :
                                                                   :
                                      Plaintiff,  :             1:20-cv-9968-GHW
                                                                     :
                                      -v -                     :                ORDER
                                                                     :
CITY OF NEW YORK, et al.,             :
                                                                     :
                                       Defendants.  :
                                                                    :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 8, 2021, the parties submitted a letter requesting adjournment of the initial pretrial conference pending decision on Defendants' November 19, 2021 motion to dismiss. Dkt. No. 38. That application is granted; the initial pretrial conference is adjourned pending resolution of Defendant's motion to dismiss.

The Court further construes the parties' letter as a motion to stay discovery pending decision on the motion to dismiss. Under Federal Rule of Civil Procedure 26(c), a district court may stay discovery "for good cause." Fed.R.Civ.P. 26(c). When a motion to dismiss is pending, courts typically consider several factors in determining whether to stay discovery; including: "(1) whether a defendant has made a strong showing that the plaintiff s claim is unmeritorious, (2) the breadth of discovery and the burden of responding to it, and (3) the risk of unfair prejudice to the party opposing the stay." *Negrete v. Citibank, N.A.*, No. 15-cv-7250, 2015 WL 8207466 (S.D.N.Y. Dec. 7, 2015).

Applying these factors, the Court finds that a stay of discovery is appropriate in this case. Defendants' motion to dismiss appears to have substantial grounds and there is no indication that Plaintiff will be unfairly prejudiced by a stay.

Accordingly, discovery is hereby stayed, pending decision on Defendants' November 19, 2021 motion to dismiss.

SO ORDERED.

Dated: February 9, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge