

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MOSTAFA KHAIRY**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2105<br>Fax: (212) 356-3509<br>mkhairy@law.nyc.gov |

July 29, 2022

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Leslie Rivera, v. City of New York, et al.,
      20-CV-9968 (GHW)

Your Honor:

I am the attorney in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York and Latisha Sidneus in the above-referenced matter. Defendants write on behalf of the parties to advise the Court that an agreement in principle to settle this matter has been reached. The parties will soon exchange settlement documents to finalize their agreement and will then submit a fully executed Stipulation and Order of Dismissal for the Court's Endorsement by August 31, 2022.

In light of the parties' agreement, the parties respectfully request that the Court adjourn *sine die* all currently scheduled deadlines and the August 9, 2022 initial pre-trial conference in this matter.

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

*Mostafa Khairy* /s/
Mostafa Khairy
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   Rose A. Rossi (*by ECF*)